No. 98–1474.  Stembridge v. Preferred Risk Mutual Insurance Company of Iowa et al.  Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 98–1483.  Mannix v. Virginia.  Ct. App. Va.  Certiorari denied.

No. 98–1488.  Junior et al. v. West Virginia et al.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 98–1492.  Publications International, Ltd. v. Landoll, Inc.  C. A. 7th Cir.  Certiorari denied.

No. 98–1510.  Brower v. Washington et al.  Sup. Ct. Wash. Certiorari denied.

No. 98–1520.  Bradford et al. v. McClellan et al.  C. A. 4th Cir.  Certiorari denied.

No. 98–1525.  Weinstock v. Weinstock.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 98–1530.  Falaster v. Roth, Warden.  C. A. 7th Cir. Certiorari denied.

No. 98–1538.  Dittrich v. West, Secretary of Veterans Affairs.  C. A. Fed. Cir.  Certiorari denied.

No. 98–1540.  Krueger v. West, Secretary of Veterans Affairs.  C. A. Fed. Cir.  Certiorari denied.

No. 98–1544.  Bolton v. Merit Systems Protection Board. C. A. Fed. Cir.  Certiorari denied.

No. 98–1548.  Advanced Materials, Inc. v. United States et al.  C. A. 5th Cir.  Certiorari denied.

No. 98–1555.  Quigley v. United States.  C. A. 6th Cir. Certiorari denied.